# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 16, 2024

## NO. 03-22-00727-CR

**The State of Texas, Appellant**

**v.**

**Shane Salmon, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order granting appellee's motion for new trial entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the court's order granting appellee's motion for new trial and remands the case to the trial court for a jury trial on punishment. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.